# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**BRAD PAUL SMITH**  **PLAINTIFF**
**ADC #660448**

v.  Case No. 5:19-cv-00332-KGB-JJV

**JAMES G. GIBSON,** *et al*.  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Brad Paul Smith's complaint is dismissed without prejudice. The relief sought is denied. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g), and the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action would be considered frivolous and not in good faith.

So adjudged this 30th day of September, 2020.

*[signature]*

Kristine G. Baker
United States District Judge